THE PEOPLE OF THE STATE OF NEW YORK ex rel. JESSE LUSCOMB,
Appellant, v SUSAN KICKBUSH, etc., Respondent.

Submitted November 14, 2016; decided December 22, 2016

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.